UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>ANTHONY GARCIA,<br><br>    Defendant. | Case No.: CR16-0504-JFW-3<br><br>ORDER OF DETENTION PENDING FURTHER REVOCATION PROCEEDINGS<br>(FED. R. CRIM. P. 32.1(a)(6); 18 U.S.C. § 3143(a)(1)) |

    The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the CENTAL District of CALIFORNIA for alleged violation(s) of the terms and conditions of probation or supervised release; and

    Having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a)(1), the Court finds that:

A. (X)   The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on the following:

    (X)   information in the Pretrial Services Report and Recommendation

    (X)   information in the violation petition and report(s)

    (X)   the defendant's nonobjection to detention at this time

    ( )   other:_____

1

|   |   |   |
|---|---|---|
| 1 | | and/ or |
| 2 | B. (X) | The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c). This finding is based on the following: |

      (X)    information in the Pretrial Services Report and Recommendation
      (X)    information in the violation petition and report(s)
      (X)    the defendant's nonobjection to detention at this time
      ( )    other: _____

IT THEREFORE IS ORDERED that the defendant be detained pending the further revocation proceedings.

Dated: October 4, 2017

_____
KENLY KIYA KATO
United States Magistrate Judge